O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID NAVARRO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-2848-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition; and (2) dismissing this action with prejudice.

Dated: March 16, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE